79 So.3d 187 (2012)
Duvenson Jean a/k/a Duvensen JEAN, Appellant,
v.
The STATE of Florida, Appellee.
No. 3D11-2628.
District Court of Appeal of Florida, Third District.
February 8, 2012.
Thomas A. Kennedy, Vero Beach, for appellant.
Pamela Jo Bondi, Attorney General, and Nicholas A. Merlin, Assistant Attorney General, for appellee.
Before RAMIREZ, SUAREZ and ROTHENBERG, JJ.
PER CURIAM.
Affirmed. Hernandez v. State, 61 So.3d 1144 (Fla. 3d DCA 2011).